# EXHIBIT 1

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,303,969
Registered Nov. 6, 1984

**TRADEMARK**
Principal Register

## ORIGINAL RECIPE

KFC Corporation (Delaware corporation)
1441 Gardiner La.
Louisville, Ky. 40213

For: FRESHLY PREPARED FRIED CHICKEN FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 29 (U.S. Cl. 46).
First use 1972; in commerce 1972.
Sec. 2(f).

Ser. No. 426,450, filed May 18, 1983.

CARLA CALCAGNO, Examining Attorney



uspto UNITED STATES PATENT AND TRADEMARK OFFICE
About Us Careers Contact Us
Patents | Trademarks | Learning and Resources
USPTO > Trademark > TSDR > Trademark Search
TSDR FAQ'S

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

TSDR is currently experiencing technical difficulties and you may be unable to retrieve case status information. The USPTO is currently working on resolving the issue.

## Trademark Status & Document Retrieval (TSDR)

SEARCH | MULTI-SEARCH

US Serial, Registration, or Reference | 1303969 | Status | Documents

Status results found

STATUS | DOCUMENTS | MAINTENANCE | Download | Print Preview

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-11-08 12:51:14 EST | | |
| **Mark:** | ORIGINAL RECIPE<br><br>ORIGINAL RECIPE | | |
| **US Serial Number:** | 73426450 | **Application Filing Date:** | May 18, 1983 |
| **US Registration Number:** | 1303969 | **Registration Date:** | Nov. 06, 1984 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 02, 2024 | | |
| **Publication Date:** | Aug. 28, 1984 | | |

- Mark Information
- Goods and Services
- Basis Information (Case Level)
- Current Owner(s) Information
- Attorney/Correspondence Information
- Prosecution History
- TM Staff and Location Information
- Assignment Abstract Of Title Information - Click to Load
- Proceedings - Click to Load

Expand All

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center

Feedback

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,590,733**

**Registered Oct. 23, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

KFC Corporation (KENTUCKY CORPORATION)
1441 Gardiner Lane
Louisville, KENTUCKY 40213

CLASS 43: Restaurant services

FIRST USE 10-31-2014; IN COMMERCE 10-31-2014

The mark consists of the words "Col. Harland Sanders Original Recipe Since 1940" under three stars.

No claim is made to the exclusive right to use the following apart from the mark as shown: "SINCE 1940"

SEC. 2(F) as to "ORIGINAL RECIPE"

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 87-027,960, FILED 05-06-2016



Director of the United States
Patent and Trademark Office



Patents | Trademarks | Learning and Resources

USPTO > Trademark > TSDR > Trademark Search

 TSDR FAQ'S

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

TSDR is currently experiencing technical difficulties and you may be unable to retrieve case status information. The USPTO is currently working on resolving the issue.

### Trademark Status & Document Retrieval (TSDR)

SEARCH | MULTI-SEARCH

US Serial, Registration, or Reference ▼ | 5590733 | Status | Documents

Status results found

STATUS | DOCUMENTS | MAINTENANCE | Download▲ | Print Preview

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-11-08 12:52:32 EST |
| **Mark:** | COL. HARLAND SANDERS ORIGINAL RECIPE SINCE 1940 |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87027960 | **Application Filing Date:** | May 06, 2016 |
| **US Registration Number:** | 5590733 | **Registration Date:** | Oct. 23, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | May 14, 2024 | | |
| **Publication Date:** | Oct. 25, 2016 | **Notice of Allowance Date:** | Dec. 20, 2016 |

▲ **Mark Information**  ▼ Expand All
▲ **Goods and Services**
▲ **Basis Information (Case Level)**
▲ **Current Owner(s) Information**
▲ **Attorney/Correspondence Information**
▲ **Prosecution History**
▲ **TM Staff and Location Information**
▲ **Assignment Abstract Of Title Information - Click to Load**
▲ **Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center