# EXHIBIT 2



**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

1302 El Camino Real, Suite 175
Menlo Park, CA 94025

October 24, 2024

direct dial 650 614 6427
direct fax 650 644 0570
jpetersen@kilpatricktownsend.com

*Via E-Mail*

Craig S. Prusher, Esq.
Cajun Operating Company
980 Hammond Drive, Suite 1100
Atlanta, GA 30328
cprusher@churchs.com

    Re:    Infringement of ORIGINAL RECIPE Trademark

Dear Mr. Prusher,

    We are trademark counsel to KFC Corporation ("KFC").

    For more than half a century, KFC has sold freshly prepared chicken in the United States under the ORIGINAL RECIPE mark, and has extensively marketed and advertised the ORIGINAL RECIPE mark such that consumers across the country uniquely and exclusively understand the ORIGINAL RECIPE brand to indicate the source of KFC's products and services. Millions of consumers purchase KFC's ORIGINAL RECIPE branded products each year, and KFC invests millions of dollars in advertising seen by countless consumers promoting those products.

    Indeed, the famous ORIGINAL RECIPE mark is so well known that consumers have long sought to replicate the secret combination of herbs and spices suggested by the mark, garnering significant unsolicited press coverage. *See* https://www.chicagotribune.com/2016/08/19/kfc-recipe-revealed-tribune-shown-family-scrapbook-with-11-herbs-and-spices/. The mark has also been featured in NASCAR events to much acclaim. *See* https://www.businesswire.com/news/home/20130510005812/en/KFC-Original-Recipe%C2%AE-Boneless-on-the-Fast-Track-with-NASCAR-Driver-Clint-Bowyer. Most recently, KFC has launched a new line of chicken tenders featuring the ORIGINAL RECIPE mark. *See* https://www.youtube.com/watch?v=DvqA4UxcFic.

    In addition to our client's extremely strong common law rights, KFC owns federal trademark registrations issued by the United States Patent and Trademark Office for its famous ORIGINAL RECIPE mark and formatives thereof, including U.S. Reg. Nos. 1303969 and 5590733, for its freshly prepared chicken and associated restaurant services. These registrations are incontestable.  KFC has the sole and exclusive right to use the ORIGINAL RECIPE mark in connection with restaurants and chicken.

Craig S. Prusher, Esq.
October 24, 2024
Page 2

We write because our client is understandably concerned about uses of the ORIGINAL RECIPE mark that your franchise, Church's Texas Chicken ("Church's"), is making in connection with its chicken products and restaurant services in the advertisement shown below, and on its social medial channels including Facebook (https://www.facebook.com/share/p/9SeCYsnyJ3dcW1cx/), Instagram (https://www.instagram.com/p/DA_3LlWt5FP/), Tik Tok (https://www.tiktok.com/@churchschicken/video/7421652988806221102), and X (https://x.com/churchschicken).



https://www.ispot.tv/ad/fG9i/churchs-chicken-restaurants-original-recipe-is-back-love-story

By using ORIGINAL RECIPE in a prominent, brand-significant manner in connection with its chicken products and restaurant services, Church's markets those products and services in a manner that suggests they are associated with or authorized by KFC when that is not the case. These marketing efforts constitute trademark infringement and are in violation of federal and state trademark statutes, as well as state common law proscribing unfair competition, misappropriation and deceptive business practices. Moreover, the foregoing behavior creates a likelihood of consumer confusion concerning the source and sponsorship of your products and will undoubtedly have the effect of diminishing the distinctive quality and value of KFC's famous marks.

The law requires that KFC protect the trademark rights it has spent many years and substantial sums of money developing. We hope that you can appreciate KFC's insistence that Church's immediately remove, and refrain in the future from using, ORIGINAL RECIPE on or in connection with its products and services, including on marketing materials, menus, and product packaging. We ask that you provide confirmation that you will comply with these requests no later than **November 1, 2024**.  Should we not receive such assurances by this date, KFC reserves the right to take whatever legal action it deems appropriate without further notice.

Thank you for your anticipated understanding, and please feel free to contact me at (650) 614-6427 or jpetersen@kilpatricktownsend.com if you have any questions. This letter is written without prejudice to KFC's rights and remedies, all of which are expressly reserved.

Craig S. Prusher, Esq.
October 24, 2024
Page 3

Very truly yours,

Joseph Petersen