# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| KFC CORPORATION, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAJUN OPERATING COMPANY d/b/a CHURCH'S TEXAS CHICKEN, a Delaware corporation, | ) ) ) ) ) |
| Defendant. | ) |

Civil Action No. 4:24-cv-01000

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff KFC Corporation, by and through its undersigned counsel, hereby dismisses this action without prejudice.

Dated: December 17, 2024

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ Craig A. McDougal
**Craig A. McDougal**
State Bar No. 13569850
cmcdougal@ktslaw.com
**Christin J. Jones**
State Bar No. 24070017
cjones@ktslaw.com
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Phone: (214) 922-7100
Facsimile: (214) 922-7101

**Joseph Petersen** (to be admitted *pro hac vice*)
State Bar No. 304597 (CA)
jpetersen@ktslaw.com
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Phone: (650) 326-2400
Facsimile: (650)-326-2422

**Briggs M. Wright**
State Bar No. 5309240 (NY)
briggs.wright@ktslaw.com
3 Times Square
New York, NY 10036
Phone: (212) 775-8700
Facsimile: (212)-775-8800

**COUNSEL FOR PLAINTIFF
KFC CORPORATION**